IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF ARKANSAS
CENTRAL DIVISION

CASSANDRA M. AZILES                                                                      PLAINTIFF

v.                              CASE NO. 4:22-CV-01146-BSM

ALLSTATE INSURANCE COMPANY                                                     DEFENDANT

## JUDGMENT

Consistent with the order entered today, this case is dismissed with prejudice.

IT IS SO ORDERED this 27th day of March, 2024.

_____
UNITED STATES DISTRICT JUDGE